## FOURTH DEPARTMENT, NOVEMBER TERM, 1885.

Henry Wurtz, Plaintiff, v. Union Chemical Manufacturing Company, Defendant. — Order affirmed, with ten dollars costs and disbursements.

Francis S. Driscoll, Respondent, v. Thomas H. Robbins, Appellant. — Order reversed and motion granted, with ten dollars costs and disbursements.

Julius Lessynsky, Appellant, v. Samuel H. Lessynsky, Respondent. — Order reversed and motion denied, on condition that a stipulation be given in accordance with the statements contained in the affidavits of Nathaniel Myers, one of the plaintiff's attorneys, reducing the number of items in dispute, and confirming the issue to such items as are stated in his affidavit to be subjects of controversy; otherwise affirmed, without costs.

Mary S. Bradley, Respondent, v. Mary L. Van Ba en, Appellant. — Order affirmed, with ten dollars costs and disbursements.

The Mayor, etc., of the City of New York, v. Nathaniel Sands. — Order affirmed, without costs.

Henrietta Spitz v. Rinaldo C. Tousey. James M. Fitzgerald, Appellant. — Order reversed and motion granted, and order made bringing in the appellant as a party to the action *nunc pro tunc.*

Henry Knickerbocker, Plaintiff, v. Mary E. Decker, Defendant. — Order modified as directed in opinion, and affirmed as modified, without costs. Opinion *Per Curiam.*

Levi M. Bates and others, Appellants, v. The Board of Supervisors of the County of Chautauqua and others. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. Francis McGinley v. Board of Fire Commissioners, Respondents. — Proceedings affirmed.

Henry Day, Respondent, v. Albert Palmer Company, Appellant. Same v. Cornelia Palmer, Appellant. — Order reversed, and motion granted, without prejudice to a motion on the part of plaintiff, after the return of the commission for its suppression, without costs to either party. Opinion *Per Curiam.*

Richard H. Spencer, Appellant, v. Benjamin A. Clarke, Respondent. — Judgment affirmed, with costs. Opinion by Daniels, J.

John H. Tynan, Respondent, v. Manuel Cardenas and another. Appellants.

Juan R. Hignera and another, Respondents, v. The Same, Appellants. — Order reversed on the rule stated, in Baltimore County v. Arthur (90 N. Y., 237, 234, and § 820 of the Code of Civil Procedure). — Order directed for the interpleader of the plaintiff in the two suits, upon payment by the defendants into court of the sum of $480 with interest, with ten dollars costs and disbursements of appeal to appellants.

In the Matter of Charles R. Purdy v. Orlando L.

Stewart. — Order affirmed, with ten dollars costs and disbursements.

Henry A. Spafard, Respondent, v. John Hogan, Appellant. — Order vacated, without costs; order to be entered as directed in opinion. Opinion *Per Curiam.*

Sarah T. Cross, Appellant, v. James W. Brooks, Respondent. —Order affirmed, without costs.

Harry Marion Sims, Plaintiff, v. United States Trust Company, Defendant. — Judgment affirmed.

Annie C. Lawrence, Respondent, v. Sarah Cook, Appellant. — Judgment affirmed, with costs.

Charles J. Bilwiller and another, Respondents, v. Gustave Simon, Appellant. - Order reversed, with ten dollars costs and disbursements, and motion granted.

Edward Tuck, Executor, Respondent, v. Albert Bierstadt, Appellant. — Order reversed, and motion granted, with directions that the deposition be suppressed, and that the commission be re-executed on due notice of thirty days to be given to defendant of the time and place of executing the same.

Jean B. M. Duché v. Charles H Wilson. — Motion for reargument denied.

John L. Davenport, Plaintiff, v. Bank for Savings, Defendant. — Motion for leave to go to the Court of Appeals denied.

Joseph S. Mayer, Respondent, v. Louis Schissel, Appellant. — Motion denied.

Edward Wood, Plaintiff, v. Caroline Kroll, Defendant. — Reference ordered to G. A. Strong, Esq. Order to be settled on notice by Daniels, J.

The People of the State of New York ex rel. James McCoy, Appellant, v. Warden of City Prison, Respondent. — Order affirmed, and writ dismissed. Opinion by Daniels, J.

Cullen P. Grandin, Respondent, v. Ysidoro H. Morijon, Appellant, impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Charles H. Ostrander, as Executor, etc., Respondent, v. George W. Weeks, as Executor, etc., Appellant. — Judgment modified, as directed in opinion, and affirmed, as modified, without costs. Opinion by Brady, J.

Jacob J. Banta, Appellant, v. James Naughton and others, Respondents. — Decision modified, as directed in opinion, with costs to abide event. Opinion by Daniels, J.

Anna C. Devlin, as Administratrix, etc., Respondent, v. William Kelly, Appellant.

Same v. Same. — Judgment affirmed. Opinion by Brady, J.

William G. Jones, Appellant, v. Lula V. Jones, Respondent. — Judgment affirmed, with costs. Opinion by Daniels, J.

George H. Jones and others v. Mary J. Freeman. — Judgment ordered for plaintiff, without costs. Opinion by Daniels, J.

---

## FOURTH DEPARTMENT, NOVEMBER TERM, 1885.

Thomas Richardson, Appellant, v. Richard English and Savillion F. Traffarn, Respondents. — Motion for reargument denied, with ten dollars costs.

Joseph Esmond, Z. Titus Esmond, Appellants, v. Moses L. Abbott, Respondent. — Motion for leave to appeal to Court of Appeals or reargument denied, with ten dollars costs.

Patrick Collins, Respondent, v. J. A. Jones, Appellant. — Motion for reargument or for leave to go to Court of Appeals denied, with ten dollars costs.

William Crabtrees, Respondent, v. Richard W. Pritchard, Appellant. — Judgment and order reversed and new trial ordered, with costs to abide the event. Opinion by Kennedy, J.

Quentin McAdam and others, Respondents, v. Charles F. Lovatt, Appellant. — Order reversed, with ten dollars costs and disbursements.

Thomas E. Joyce, Respondent, v. Elizabeth F. Spafford, Appellant. — Order affirmed, with ten dollars costs, on the opinion of Kennedy, J., delivered at Special Term; Kennedy, J., not sitting.

Anna McGrath, Respondent, v. Timothy Harty and others, Administrators, etc., Appellants. — Order and judgment affirmed, with costs, on opinion of Kennedy, J., delivered at Special Term; Kennedy, J., not sitting.

Frances Jewhurst, Respondent, v. The City of Syracuse, Appellant. — Judgment affirmed, with costs.